JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HILL,<br><br>    Plaintiff,<br><br>  vs.<br><br>CALIFORNIA DEPT. OF CORR.<br>AND REHAB., et al.,<br><br>    Defendants. | Case No. CV 07-2623-DDP (RNB)<br><br>**J U D G M E N T** |

In accordance with the Order Re Dismissal of Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 7-1-08

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE